## PRICE *v.* THE STATE.

FISH, J.   There was no error in excluding evidence, and the evidence introduced authorized the verdict.                    *Judgment affirmed.   By five Justices.*

Submitted May 18, — Decided May 30, 1903.

Indictment for using profane language to and of a female.   Before Judge Taliaferro.   City court of Sandersville.   March 7, 1903.

*J. A. Robson,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.

---

## HATCHETT *v.* THE STATE.

CANDLER, J.   The indictment was good as against any objection urged against it, and it was not error for the court to overrule the demurrer thereto.
                    *Judgment affirmed.   By five Justices.*

Argued May 18, — Decided May 30, 1903.

Indictment for larceny after trust.   Before Judge Felton.   Bibb superior court.   March 30, 1903.

*John R. Cooper,* for plaintiff in error.

*William Brunson, solicitor-general,* contra.